JS - 6   **LINK: 13**

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEATON VAN LINES, INC., d/b/a WHEATON WORLD WIDE MOVING,<br><br>             Plaintiff,<br><br>      vs.<br><br>THEODORE W. WALTERS, d/b/a PANAMA MOVING & STORAGE CO., and d/b/a DANIELS TRANSFER & STORAGE, INC.,<br><br>             Defendant. | **Case No. CV 08-04800 GAF (MANx)**<br><br>JUDGMENT |

The Court, having entered default judgment in favor of plaintiff Wheaton Van Lines, Inc. ("Wheaton") on its breach of contract claim,

Judgment is hereby entered in favor of Wheaton on its breach of contract claim for the reasons and in the manner set forth in the Court's August 10, 2009 Memorandum and Order.  Wheaton's remaining claims are ordered dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: August 10, 2009

_____
Judge Gary Allen Fees
United States District Court

1